```
UNITED STATES BANKRUPTCY COURT
     MIDDLE DISTRICT OF ALABAMA
```

In re                                        Case No. 08-11061-DHW
KATHY GARNER-YOUNGBLOOD                      Chapter 13

JIMMY D YOUNGBLOOD

    Debtor.

### TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

   The debtor's Chapter 13 case was filed on Tue Jul 15, 2008. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Wed Oct 01, 2008, and on that date the Court ordered the plan confirmed.
   Following is a Summary of the plan as confirmed by the Court:

1. Payment:
   Amount of debtor(s) plan payment: $    188.00  weekly.
   Period of payments: 059 months or until  46.94 % is paid on allowed unsecured claims or a "pot" of $ 10,904.00  is paid to unsecureds.

   **Payable to:**   CHAPTER 13 TRUSTEE
                     P O BOX 830529
                     BIRMINGHAM AL  35283


2. Senior expenses and Administrative claims to be paid:

              ADMINISTRATIVE EXPENSES
| Debtor's Attorney   | Attorney's fee allowed          | $ 2,500.00 |
| Chapter 13 Trustee  | Notice fee @ $.50 per copy.     | $     1.00 |
| Chapter 13 Trustee  | Trustee administrative fee      | $    20.65 |

           SECURED, PRIORITY, AND SPECIAL CLAIMS
| CREDITOR | 910/365 | COLL. VAL. | INTEREST | PAYMENTS |
|---|---|---|---|---|
| FIRST FRANKLIN FINANCIAL | N | $ 1,500.00 | 6.25 % | $ 36.00 |
| GE MONEY BANK | N | $ 2,500.00 | 6.25 % | $ 60.00 |
| WELLS FARGO FINANCIAL ACCEPTAN | Y | $ 19,252.00 | 6.50 % | $ 465.00 |
| WELLS FARGO FINANCIAL BANK | N | $ 247.16 | .00 % | $ 16.00 |
| SOCIAL SECURITY ADMINISTRATION | N | $ 5,510.00 | .00 % | $ 100.00 |

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this the 10th day of October, 2008.
                                          _____/ s /_____
                                          Curtis C. Reding
                                          Chapter Thirteen Trustee

```
In re                                   Case No. 08-11061-DHW
KATHY GARNER-YOUNGBLOOD                 Chapter 13

JIMMY D YOUNGBLOOD

        Debtor.
```

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by placing them in the United States Mail, postage prepaid, and properly addressed, this 10th day of October, 2008.

```
                              _____/ S /_____
                              Curtis C. Reding, Trustee
```